**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

IAN ARNOF, MARTHA NICOLAS,
AND ARTHUS OLIVER, TRUST
OFFICERS, NBC TRUST DEPARTMENT,
MEMPHIS, TENNESSEE, THRUS OFFICERS
FOR IAN ARNOF IRREVOCABLE TRUST,
AND ANN ARNOF FISHMAN                                                    PLAINTIFFS

V.                             NO: 2:04CV00142

M.D. THOMPSON & SON CO.,
JOHN G. THOMPSON AND
H. RIPLEY THOMPSON                                                       DEFENDANTS

**ORDER**

The Clerk of the Court is in receipt of documents produced by the Federal Deposit Insurance Corporation ("FDIC") pursuant to subpoena issued in this case. These documents are protected by the terms and conditions set forth in the Protective Order entered August 15, 2005. The Court has received the acknowledgment of the Protective Order from attorneys David Hodges and Cyril Hollingsworth. The Clerk of the Court is directed to provide a copy of these documents to these attorneys.

IT IS SO ORDERED this 17th day of October, 2005.

James M. Moody
United States District Judge