IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

IAN ARNOF, ANN ARNOF FISHMAN,
MARTHA NICHOLAS and ARTHUR OLIVER
as Trust Officers for Ian Arnof Irrevocable Trust                                    Plaintiffs

vs.                                            2:04-CV-142  JMM

M. D. THOMPSON & SON COMPANY,
JOHN G. THOMPSON and H. RIPLEY THOMPSON                                 Defendants

JUDGMENT ON JURY VERDICT

This action came on for trial February 6, 2006, before the Court and a jury, the Honorable James M. Moody, United States District Judge presiding.

The issues having been duly tried, the jury, after deliberating thereon, returned verdicts on February 15, 2006, in favor of the Defendants.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that the Plaintiffs' Ian Arnof, Ann Arnof Fishman, Martha Nicholas and Arthur Oliver as Trust Officers for Ian Arnof Irrevocable Trust take nothing on their complaint filed herein, and the same be, and it is hereby, dismissed.

Dated this 6th day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE